AO 104 (Rev. 11/13) Tracking Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 MAR 22 AM 9: 46

OFFICE OF THE CLERK

| | |
|---|---|
| In the Matter of the Tracking of<br>*(Identify the person, property, or object to be tracked)*<br><br>1992 RED CHEVROLET LUMINA SPORT VAN<br>BEARING NEBRASKA LICENSE PLATE UJT-869<br>VIN# 1GNDU06D6NT111326 | )<br>)<br>)  Case No.  8:17MJ53<br>)<br>)<br>) |

## TRACKING WARRANT

**SEALED**

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and  ☑ is located in this district;   ☐ is not now located in this district, but will be at execution;   ☐ the activity in this district relates to domestic or international terrorism;   ☐ other:

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that
*(check the appropriate box)*  ☐ using the object     ☑ installing and using a tracking device
to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

☑ I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device:
    1992 RED CHEVROLET LUMINA SPORT VAN BEARING NEBRASKA LICENSE PLATE UJT-869 VIN# 1GNDU06D6NT111326

**YOU ARE COMMANDED** to execute this warrant and begin using the object or installing the tracking device by ___March 5, 2017___ *(not to exceed ten days)* and may continue use for __45__ days *(not to exceed 45)*. The tracking may occur within this district or another district. To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*
☑ into the vehicle described above        ☐ onto the private property described above
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to *(United States Magistrate Judge)* ___Susan M. Bazis___ and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*
☑ for    30    days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 2-23-17 at 2:39 pm    *[signature: Susan M Bazis]*
                                              Judge's signature

City and state:   Omaha, Nebraska            Susan M. Bazis, U.S. Magistrate Judge
                                              *Printed name and title*

AO 104 (Rev. 11/13) Tracking Warrant (Page 2)

Case No. 8:17MJ53

## Return of Tracking Warrant With Installation

1. Date and time tracking device installed: _____
2. Dates and times tracking device maintained: _____
3. Date and time tracking device removed: _____
4. The tracking device was used from (date and time): _____
   to (date and time): _____.

## Return of Tracking Warrant Without Installation

1. Date warrant executed: N/A
2. The tracking information was obtained from (date and time): N/A
   to (date and time): _____.

## Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 3/22/17

_____
Executing officer's signature

Brent Fisher, Special Agent
Printed name and title